C-13-15(c)(ECF)
(Rev. 2/97)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: William Yale Mather | ) | **Motion and Order** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-81985 C-13D |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The Confirmation Order provided that in the event the Debtor defaulted in any Plan payment for 30 or more days, the Debtor's case would be automatically dismissed. The Debtor's last payment was for February, 2011, and the Debtor is delinquent a total of $2,999.00.

The Standing Trustee respectfully recommends to the Court that this case be automatically dismissed for nonpayment.


Date:  May 6, 2011                                   s/Richard M. Hutson
RMH:ltp                                              Richard M. Hutson, II, Standing Trustee

---

**ORDER**

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties on the attached Parties to be Served.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-81985 C-13D**

William Yale Mather
554 Cherry Lane
Aberdeen, NC 28315

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702